UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 44644
   SACHA FUJITA
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-7370
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 12/03/04 and confirmed on 02/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 21589.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 2193.97 | .00 | 2193.97 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 7098.99 | .00 | 7098.99 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 8584.39 | .00 | 8584.39 |
| WOMENS SPECIALITY CARE | UNSECURED | NOT FILED | .00 | .00 |

      Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 17877.35 | .00 | 17877.35 |
| PRINCIPAL PAID | .00 | .00 | 17877.35 | .00 | 17877.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 17877.35 | .00 | 17877.35 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00 and was paid $      6.00  direct and $   2694.00  through the plan.

The Trustee received $     899.92 .

Refunds to the Debtor totaled $    117.73 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/30/09                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 44644 SACHA FUJITA